UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| BIU, LLC<br><br>  Petitioner,<br><br> v.<br><br>FEDERAL COMMUNICATIONS COMMISSION<br><br>  Respondent. | No. 23-1163 |

## STATEMENT OF ISSUES TO BE RAISED AND CERTIFICATE AS TO PARTIES, RULINGS AND RELATED CASES

Pursuant to Federal Rules of Appellate Procedure Rule 26.1 and D.C. Cir. Rules 27(a)(4) and 28(a)(1)(A), BIU, LLC ("BIU") certifies as follows:

**I. Statement of Issues to be Raised**

  Whether Respondent the Federal Communications Commission erroneously dismissed Spectrum Five, LLC's Petition for Enforcement of Operational Limits and for Expedited Proceedings to Revoke Satellite Licenses (the "Petition") at the request of a person who had no right, power, or authority to dismiss the Petition.

**II. Certificate as to Parties, Rulings, and Related Cases**

  BIU is a limited liability company and has no affiliation with any public companies. BIU is an investment group formed to "Bring Into Use" a satellite at

1

95WL to perfect rights to utilize that location in accordance with International Telecommunication Union regulations. BIU is Spectrum Five's attorney-in-fact and therefore is a party-in-interest in the underlying proceeding before the Federal Communications Commission.

Appellee is the Federal Communications Commission, a federal agency.

### III.   Ruling Under Review

BIU seeks review of the Order of Dismissal by Respondent the Federal Communications Commission in IB Docket No. 20-399 entitled "In the Matter of Spectrum Five LLC's Petition for Enforcement of Operational Limits and for Expedited Proceedings to Revoke Satellite Licenses." A copy of the Order is attached as **Exhibit A.**

### IV.   Related Cases

None.

//

//

//

Dated: July 28, 2023    Respectfully submitted,

*(signature)*

Michael H. Strub Jr.
Amir A. Shakoorian
GREENBERG GROSS LLP
650 Town Center Drive, Suite 1700
Costa Mesa, California 92626
Telephone: (949) 383-2800
Facsimile: (949) 383-2801
Email: mstrub@ggtriallaw.com
          ashakoorian@ggtriallaw.com

*Attorneys for Petitioner BIU, LLC*

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing is being filed with the Clerk of the Court using the CM/ECF system, thereby serving it on all parties of record, this 28th day of July, 2023.

Michael H. Strub Jr.
GREENBERG GROSS LLP
650 Town Center Drive, Suite 1700
Costa Mesa, California 92626
Telephone: (949) 383-2800
Facsimile: (949) 383-2801
Email:mstrub@ggtriallaw.com

*Attorneys for Petitioner BIU, LLC*

# EXHIBIT C

Before the
**Federal Communications Commission**
Washington, D.C. 20554

| | |
|---|---|
| In the Matter of | ) |
| | ) |
| Spectrum Five LLC | ) IB Docket No. 20-399 |
| | ) |
| Petition for Enforcement of Operational Limits and | ) |
| for Expedited Proceedings to Revoke Satellite | ) |
| Licenses | ) |

**ORDER**

Adopted: April 24, 2023                                                                 Released: April 24, 2023

By the Chief, Enforcement Bureau:

    1.    On November 6, 2020, Spectrum Five LLC (Spectrum Five) filed the above-captioned Petition asking the Commission to require Intelsat License LLC (Intelsat) to come into compliance with the terms of its licenses for the Intelsat 30 (Call Sign S2887) and Intelsat 31 (Call Sign S2924) satellites located at the 95 degrees west longitude (95° W.L.) orbital location.[1] On April 12, 2023, Spectrum Five withdrew its Petition.[2] We have reviewed the request to withdraw and find that it raises no substantial or material question of fact.

    2.    Accordingly, **IT IS ORDERED** that, pursuant to section 4(i) of the Communications Act of 1934, as amended, 47 U.S.C. § 154(i), the Petition of Spectrum Five for Enforcement of Operational Limits and for Expedited Proceedings to Revoke Satellite Licenses **IS DISMISSED WITH PREJUDICE** to the filing of any future petition, complaint, or other request for relief by Spectrum Five regarding (1) the claims set forth in the Spectrum 5 Petition or (2) any claims arising from the same set of facts, and that this proceeding **IS TERMINATED** and the docket is closed.

    3.    This action is taken pursuant to authority delegated by sections 0.111 and 0.311 of the Commission's rules.[3]

FEDERAL COMMUNICATIONS COMMISSION


Loyaan A. Egal
Chief
Enforcement Bureau

---

[1] *See* Petition of Spectrum Five for Enforcement of Operational Limits and for Expedited Proceedings to Revoke Satellite Licenses, IB Docket No. 20-399 (filed Nov. 6, 2020) (Spectrum Five Petition).

[2] *See* Letter from Samuel L. Feder, Counsel for Spectrum Five, LLC, to Marlene H. Dortch, Secretary, FCC, IB Docket No. 20-399 (April 12, 2023).

[3] 47 CFR §§ 0.111, 0.311.