# United States Court of Appeals
## For The District of Columbia Circuit

_____

**No. 23-1163**                  **September Term, 2023**

**FCC-20-399**

**Filed On:** October 19, 2023

BIU, LLC,

       Petitioner

    v.

Federal Communications Commission and
United States of America,

       Respondents

       **BEFORE:**     Henderson, Pillard, and Pan, Circuit Judges

### O R D E R

       Upon consideration of the motion to dismiss, the opposition thereto, and the reply; and the motion to defer filing of the certified index to the record, it is

       **ORDERED** that the motion to dismiss be granted. Petitioner seeks judicial review of an April 24, 2023, order issued by the Chief of the Commission's Enforcement Bureau. However, before seeking judicial review of an order issued pursuant to delegated authority, Petitioner is required to file an application for review of that order by the Federal Communications Commission. See 47 U.S.C. § 155(c)(7). Because Petitioner did not do so, the petition for review is incurably premature. See NTCH, Inc. v. FCC, 877 F.3d 408, 412 (D.C. Cir. 2017). It is

       **FURTHER ORDERED** that the motion to defer filing of the certified index be dismissed as moot.

       Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after disposition of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**