# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 23-1163**  **September Term, 2022**

FCC-20-399

**Filed On: June 28, 2023** [2005419]

BIU, LLC,

      Petitioner

  v.

Federal Communications Commission,

      Respondent

## O R D E R

The petition for review in this case was filed and docketed on June 23, 2023, and assigned the above number. It is, on the court's own motion,

**ORDERED** that petitioner submit the documents listed below by the dates indicated.

| Document | Date |
| --- | --- |
| Certificate as to Parties, Rulings, and Related Cases | July 28, 2023 |
| Docketing Statement Form | July 28, 2023 |
| Procedural Motions, if any | July 28, 2023 |
| Statement of Intent to Utilize Deferred Joint Appendix | July 28, 2023 |
| Statement of Issues to be Raised | July 28, 2023 |
| Underlying Decision from Which Appeal or Petition Arises | July 28, 2023 |
| Dispositive Motions, if any | August 14, 2023 |

It is

**FURTHER ORDERED** that respondent submit the documents listed below by the dates indicated.

# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 23-1163**                                                                                   **September Term, 2022**

| | |
|---|---|
| Entry of Appearance Form | July 28, 2023 |
| Procedural Motions, if any | July 28, 2023 |
| Certified Index to the Record | August 14, 2023 |
| Dispositive Motions, if any | August 14, 2023 |

It is

**FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

The Clerk is directed to transmit to respondent a copy of this order and a copy of the petition for review.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
Amanda Himes
Deputy Clerk

The following forms and notices are available on the Court's website:

Agency Docketing Statement Form
Entry of Appearance Form
Request to Enter Appellate Mediation Program
Notice Concerning Expedition of Appeals and Petitions for Review
Stipulation to be Placed in Stand-By Pool of Cases